RAFAEL M. GONZALEZ, JR.
Acting United States Attorney
CHRISTINE G. ENGLAND, CA BAR NO. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Blvd., Suite 600
Boise, ID 83712
Telephone:  (208) 334-1211
Facsimile:  (208) 334-1411
Email:  Christine.England@usdoj.gov

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division
EMMA L. HAMILTON, CA Bar No. 325360
ROBERT M. NORWAY, D.C. Bar No. 490715
Trial Attorneys
United States Department of Justice
150 M Street NE
Washington, DC 20002
Telephone:    (202) 305-0479 (Hamilton)
              (202) 532-3202 (Norway)
Facsimile:    (202) 305-0506
emma.hamilton@usdoj.gov
robert.m.norway@usdoj.gov
*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRIENDS OF THE CLEARWATER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEANNE HIGGINS, in her official capacity as Forest Supervisor of the Idaho Panhandle National Forests, *et al.*, <br><br> Federal Defendants, <br> and <br><br> STIMSON LUMBER COMPANY, <br><br> Intervenor-Defendant. | Case No. 2:20-cv-243-BLW <br><br> **FEDERAL DEFENDANTS' NOTICE OF LODGING SUPPLEMENTAL ADMINISTRATIVE RECORD** |

Federal Defendants hereby provide notice of their lodging of a supplemental administrative record in this case. The supplemental administrative record consists of materials compiled by the U.S. Forest Service (the "Forest Service") related to the Brebner Flat Project (the "Project") at issue in this case. Attached as Exhibit 1 to this Notice is the declaration of Jasmine Drapeau certifying the supplemental administrative record on behalf of the Forest Service for the Project. The documents comprising the administrative record for the Project from the Forest Service are contained on a single universal service bus ("USB") flash drive and are Bates stamped and numbered 020000 to 021841. An index of the documents comprising the supplemental administrative record for the Project from the Forest Service is attached to this Notice as Exhibit 2. Copies of the USB flash drive containing the supplemental administrative record have been provided to Plaintiffs and Defendant-Intervenor by FedEx.

Dated: April 16, 2021

Respectfully submitted,

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division

 /s/ Robert M. Norway
EMMA L. HAMILTON, CA Bar No. 325360
ROBERT M. NORWAY, D.C. Bar No. 490715
Trial Attorneys
United States Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-0479 (Hamilton)
                (202) 532-3202 (Norway)
Facsimile: (202) 305-0506
emma.hamilton@usdoj.gov
robert.m.norway@usdoj.gov

*Attorneys for Federal Defendants*