UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRIENDS OF THE CLEARWATER; and ALLIANCE FOR THE WILD ROCKIES,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>JEANNE HIGGINS, Idaho Panhandle National Forest Supervisor; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture; and UNITED STATES FISH & WILDLIFE SERVICE, an agency of the U.S. Department of Interior,<br><br>　　　Defendants,<br><br>　　and<br><br>STIMSON LUMBER COMPANY,<br><br>　　　Intervenor-Defendant. | Case No. 2:20-cv-00243-BLW<br><br>**ORDER** |

　　　Before the Court is the Parties' Joint Motion to Amend the Scheduling Order. Dkt. 59. Good cause appearing, accordingly,

　　　**IT IS ORDERED**:

　　　1. Plaintiffs' motion for summary judgment, which shall be no more than 35

**ORDER - 1**

pages, shall be filed on or before June 7, 2021.

2. Federal Defendants' and Defendant-Intervenor's respective combined responses to Plaintiffs' motion for summary judgment and cross-motion for summary judgment, which shall be no more than 50 pages each, shall be filed on or before July 19, 2021.

3. Plaintiffs' combined reply in support of their motion for summary judgment and responses to Federal Defendants' and Defendant-Intervenor's cross-motions for summary judgment, which shall be no more than 40 pages, shall be filed on or before August 16, 2021.

4. Federal Defendants' and Defendant-Intervenor's respective replies in support of their cross-motions for summary judgment, which shall be no more than 25 pages each, shall be due on or before September 13, 2021.

5. Each party shall file a statement of facts in support of their motion for summary judgment, which shall be no more than 15 pages in length.

6. The parties shall provide briefing on the appropriate remedy, if any, within their motions for summary judgment.

DATED: May 14, 2021

B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**