RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
**CHRISTINE G. ENGLAND, IDAHO STATE BAR NO. 11390**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 WEST MYRTLE ST., SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9375
Email: Christine.England@usdoj.gov

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
EMMA L. HAMILTON, CA Bar No. 325360
ROBERT M. NORWAY, D.C. Bar No. 490715
Trial Attorneys
United States Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (303) 844-1361 (Hamilton)
(202) 532-3202 (Norway)
Facsimile: (202) 305-0275
emma.hamilton@usdoj.gov
robert.m.norway@usdoj.gov
*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRIENDS OF THE CLEARWATER, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>CARL PETRICK, in his official capacity as Forest Supervisor of the Idaho Panhandle National Forests, *et al.*,<br><br>　　　　　　Federal Defendants,<br>　and<br><br>STIMSON LUMBER COMPANY,<br><br>　　　　　　Intervenor-Defendant. | Case No. 2:20-cv-243-BLW<br><br>**FEDERAL DEFENDANTS' NOTICE OF APPEAL** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Carl Petrick, in his official capacity as Forest Supervisor of the Idaho Panhandle National Forests, the U.S. Forest Service, and the U.S. Fish and Wildlife Service ("FWS"), Federal Defendants in the above-named case, appeal to the United States Court of Appeals for the Ninth Circuit from the Court's March 2, 2022 Memorandum Decision and Order and May 18, 2022 judgment. Copies of the two documents are attached.

Dated: May 16, 2022

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

 /s/ Robert M. Norway
EMMA L. HAMILTON, CA Bar No. 325360
ROBERT M. NORWAY, D.C. Bar No. 490715
Trial Attorneys
United States Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (303) 844-1361 (Hamilton)
(202) 532-3202 (Norway)
Facsimile: (202) 305-0275
emma.hamilton@usdoj.gov
robert.m.norway@usdoj.gov

*Attorneys for Federal Defendants*