UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 17 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

FRIENDS OF THE CLEARWATER;
ALLIANCE FOR THE WILD
ROCKIES,

        Plaintiffs - Appellees,

  v.

CARL PETRICK, n his official capacity
as Forest Supervisor of the Idaho
Panhandle National Forests; UNITED
STATES FOREST SERVICE, an
agency of the U.S. Department of
Agriculture; UNITED STATES FISH
AND WILDLIFE SERVICE, an agency
of the U.S. Department of Interior,

        Defendants,

 and

STIMSON LUMBER COMPANY,

      Intervenor-Defendant - Appellant.

No. 22-35382

D.C. No. 2:20-cv-00243-BLW
U.S. District Court for Idaho, Boise

**TIME SCHEDULE ORDER**

---

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Tue., May 24, 2022** | Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Fri., June 17, 2022** | Transcript shall be ordered. |
| **Fri., July 15, 2022** | Transcript shall be filed by court reporter. |
| **Wed., August 24, 2022** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Mon., September 26, 2022** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7